UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
2:18 PM
July 2, 2024
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) Case No. CR124-039 |
| v. | ) COUNT ONE |
| IDELFONSO GIRON, | ) DUI on a Military Reservation |
| | ) 18 U.S.C. §§ 7 & 13 |
| Defendant. | ) O.C.G.A. § 40-6-391(a)(1) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
*DUI on a Military Installation*
18 U.S.C. §§ 7 & 13
O.C.G.A. § 40-6-391(a)(1)

On or about the 8th day of April, 2024, in the Southern District of Georgia, the defendant,

IDELFONSO GIRON,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Eisenhower Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, from alcohol consumed before such driving ended, a misdemeanor in violation of Title

18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

JILL E. STEINBERG
UNITED STATES ATTORNEY

s/ A. Richard Adetutu
A. Richard Adetutu
Special Assistant United States Attorney
Florida State Bar #1035478
Office of the Staff Judge Advocate
Fort Eisenhower, GA 30905-5904
(706) 791-1254